**POSTING VERSION: Subject to minor revisions / updating**

# UNSETTLED ENTITY ANNEX

This Unsettled Entity Annex (this **Unsettled Entity Annex**), if specified as an Additional Annex in a Confirmation, shall be deemed to amend, supplement and form part of the Standard Terms Supplement (as defined in the relevant Confirmation) (the **Standard Terms Supplement**) for purposes of the relevant Transaction. Capitalised terms used but not defined in this Settled Entity Annex shall have the meaning given to such terms in the Standard Terms Supplement or the relevant Confirmation. In the event of any inconsistency between the Standard Terms Supplement and this Unsettled Entity Annex, this Settled Entity Annex will govern. In the event of any inconsistency between this Unsettled Entity Annex and the relevant Confirmation, the relevant Confirmation will govern. In the event of any inconsistency between this Unsettled Entity Annex and any other Additional Annex, such inconsistency shall be resolved by the Calculation Agent.

| **Unsettled Entity** | **Unsettled Entity Final Price** |
|---|---|
| [●] | [●] |