**POSTING VERSION: Subject to minor revisions / updating**

## UBS BESPOKE PROVISIONS ANNEX

This UBS Bespoke Provisions Annex (this **UBS Bespoke Provisions Annex**), if specified as an Additional Annex in a Confirmation, shall be deemed to amend, supplement and form part of the Standard Terms Supplement (as defined in the relevant Confirmation) (the **Standard Terms Supplement**) for purposes of the relevant Transaction.  Capitalised terms used but not defined in this UBS Bespoke Provisions Annex shall have the meaning given to such terms in the Standard Terms Supplement or the relevant Confirmation.  In the event of any inconsistency between the Standard Terms Supplement and this UBS Bespoke Provisions Annex, this UBS Bespoke Provisions Annex will govern.  In the event of any inconsistency between this UBS Bespoke Provisions Annex and the relevant Confirmation, the relevant Confirmation will govern.  In the event of any inconsistency between this UBS Bespoke Provisions Annex and any other Additional Annex, such inconsistency shall be resolved by the Calculation Agent.

The definition of "Reference Entity" in the Standard Terms Supplement shall be deemed to be deleted and replaced in its entirety by the following provision:

> **Reference Entity:** Each entity specified as such in the Reference Portfolio and, in each case, any Successor(s) to any of them.
>
> Each Reference Entity has been designated as a particular **Transaction Type** in the Reference Portfolio.  The standard terms annexed hereto in respect of a Transaction Type will apply in respect of each Reference Entity that has been designated as such Transaction Type in the Reference Portfolio.

The definition of "Reference Portfolio" in the Standard Terms Supplement shall be deemed to be deleted and replaced in its entirety by the following provision:

> **Reference Portfolio:** The portfolio of Reference Entities attached to the relevant Confirmation, as amended from time to time.